## Nicholas Nudelman, Appellee, v. Samuel Mayer Haimowitz, Also Known as Samuel Homan, Appellant.

### Gen. No. 42,823.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944. Gilruth & Beck, for appellant; James Nudelman and Jerome J. Sladkey, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.

## People of the State of Illinois, Defendant in Error, v. Edward Sturch, Plaintiff in Error.

### Gen. No. 42,690.

Heard in the first division, first district, this court at the June term, 1943; opinion filed January 24, 1944; rehearing denied February 8, 1944. George M. Crane and Emmett A. Moynihan, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Richard B. Austin and Alex J. Napoli, Assistant State's Attorneys, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.